## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-01653-CMA-MJW             FTR - Courtroom A-502

**Date:**   September 07, 2011                        Courtroom Deputy, Ellen E. Miller

*Parties*                                             *Counsel*

K-BEECH, INC.,                                        Jason A.  Kotzker

    Plaintiff(s),

v.

JOHN DOES 1-35,                                       - - - - -

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION   HEARING
**Court in Session:**     8:00 a.m.
Court calls case.  Appearance of counsel.

**11-cv-02162-REB-MJW**  and **11-cv-01653-CMA-MJW**   are  called at the same time as both cases involve similar parties and claims and are similarly postured.  Therefore,

**It is ORDERED:**     The Motion Hearing set September 07, 2011 at 1:30 p.m. in 11-cv-01653-CMA-MJW   is vacated as the case is addressed at this time.

**It is ORDERED:**     **On or before SEPTEMBER 12, 2011**, Plaintiff shall file its legal brief showing legal authority / case law which supports filing just one law suit instead of separate law suits against this many John Does.

It is noted Plaintiff has filed Notices of Voluntary Dismissal Without Prejudice of certain Doe defendants.

**It is ORDERED:**     Plaintiff's MOTION / NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE 7 ONLY [Docket No.  **23** and Docket No. **24**, both filed September 02, 2011] are **GRANTED** for reasons as set forth on the record.   Defendant **JOHN DOE  7**   is dismissed without prejudice.

**It is ORDERED:**     As JOHN DOE 7 is now dismissed, the MOTION TO QUASH OR MODIFY SUBPOENA filed by "John Doe #7" [Docket No. **17**, filed August 17, 2011] is **DENIED AS MOOT** for reasons as set forth on the record.

|   |   |
|---|---|
| **It is ORDERED:** | Plaintiff's NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE 14 ONLY [Docket No. **25**, filed September 02, 2011] is accepted by the Court and defendant **JOHN  DOE  14** is dismissed without prejudice. |
| **It is ORDERED:** | As JOHN DOE 14 is now dismissed, the MOTION TO QUASH OR MODIFY SUBPOENA filed by "John Doe 14" [Docket No.**21**, filed August 24 , 2011] is **DENIED  AS  MOOT** for reasons as set forth on the record. |
| **It is ORDERED:** | Plaintiff's NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE 15 ONLY [Docket No. **26**, filed September 02, 2011] is accepted by the Court and defendant **JOHN  DOE  15** is dismissed without prejudice. |
| **It is ORDERED:** | As JOHN DOE 15 is now dismissed, the MOTION TO QUASH OR MODIFY SUBPOENA filed by "John Doe 15" [Docket No. **15**, filed August 12, 2011] is **DENIED AS MOOT** for reasons as set forth on the record. |
| **It is ORDERED:** | Plaintiff's SECOND MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF SUMMONS AND COMPLAINT UPON EACH DOE DEFNDANT [sic] [Docket No. **19**, filed August 22, 2011] is **GRANTED** for reasons as set forth on the record.<br>Any and all Internet Service Provider(s)  ("ISP") shall preserve data records from the date they are served with a subpoena regarding the Defendant(s) IP address. |
| **It is ORDERED**: | A  **RULE 16(b) SCHEDULING CONFERENCE**  is set  **OCTOBER 31, 2011   at 1:30 p.m.**  in Courtroom A-502, Fifth floor,  Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Proposed Scheduling Order shall be filed **on or before SEPTEMBER 26,  2011.** |
| **It is ORDERED:** | A **SHOW  CAUSE  HEARING** as to service is set **OCTOBER 31, 2011 at 1:30 p.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.<br>A written ORDER TO SHOW CAUSE shall issue. |

Hearing concluded.
**Court in recess:**     8:19   a.m.
(Total In-Court Time 00:19)
All in-court-time has been entered under case 11-cv-02162-REB-MJW.