# UNITED STATES DISTRICT COURT
# OF COLORADO

K-BEECH, INC.,

                Plaintiff,

v.

JOHN DOES 1-35,

                Defendants.

Civil Action No. 11-cv-01653-CMA-MJW

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 18 ONLY

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>with prejudice</u> Doe Defendant 18 who was assigned the IP Address 174.16.101.136. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    10268 Royal Eagle Street
    Highlands Ranch, CO 80129
    Phone: 303-875-5386
    *Attorney for Plaintiff*

    Date: September 12, 2011